IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LOCHLAINN OHAIMHIRGIN, :
        Petitioner, : 1:18-cv-1934
         :
    v. : Hon. John E. Jones III
         :
WARDEN CRAIG A. LOWE, :
        Respondent. :

# ORDER

**December 19, 2018**

NOW THEREFORE, upon consideration of the petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2241, and for the reasons set forth in the Court's Memorandum of the same date, it is hereby ORDERED that:

1. The petition is DENIED without prejudice.

2. The Clerk of Court is directed to CLOSE this case.

                              s/ John E. Jones III
                              John E. Jones III
                              United States District Judge